IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WORLD TRADEX, LLC, A
FLORIDA LIMITED
LIABILITY COMPANY,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

        Appellant,

CASE NO. 1D15-4679

v.

DUCKY JOHNSON, HOUSE
MOVERS, INC., A FLORIDA
CORPORATION,

        Appellee.

_____/

Opinion filed July 26, 2016.

An appeal from the Circuit Court for Escambia County.
Jennie M. Kinsey, Judge.

Marc P. Ossinsky, Jr. and Christopher C. Cathcart of Ossinsky & Cathcart, P.A.,
Winter Park., for Appellant.

Darryl Steve Traylor, Jr., T. A. Borowski, Jr., and Louis E. Harper, III, of Borowski
& Traylor, P.A., Pensacola., for Appellee.

PER CURIAM.

        AFFIRMED.

ROBERTS, C.J., OSTERHAUS, and WINSOR, JJ., CONCUR.